1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
8                                                    )
UNITED STATES OF AMERICA,                    )
9                                                )   Case No. MC18-0008RSL
                          Plaintiff,             )
10            v.                                 )
                                                 )   ORDER TO ISSUE WRIT OF
11   ROLAND JESSE DAZA-CORTEZ,                   )   CONTINUING GARNISHMENT
                                                 )   AND NOTICE TO DEFENDANT/
12            Defendant/Judgment Debtor,         )   JUDGMENT DEBTOR
                                                 )
13            v.                                 )
                                                 )
14   WELLS FARGO BANK, N.A.,                     )
                                                 )
15                        Garnishee.             )
_____)
16

17        This matter comes before the Court on plaintiff's "Application for Writ of Continuing

18   Garnishment" for property in which the defendant/judgment debtor, Roland Jesse Daza-Cortez,

19   has a substantial nonexempt interest and which is in the possession, custody, or control of the

20   garnishee, Wells Fargo Bank, N.A. The Court having reviewed the record in this matter, hereby

21   ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and

22   the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on

23   January 23, 2018. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the

24   defendant/judgment debtor and the garnishee with a copy of the writ and accompanying

25   instructions.

26

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT

1    Dated this 25th day of January, 2018.

2                                                    _MW S Lasnik_____

3                                                    Robert S. Lasnik

4                                                    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT          -2-