# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ROLAND JESSE DAZA-CORTEZ,<br><br>　　　Defendant/Judgment Debtor,<br><br>　and<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　　Garnishee. | NO. C18-949 TSZ<br><br>**Order Terminating Garnishment Proceeding** |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding, docket no. 15. For the reasons stated in the United States' Application, the Court ORDERS that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(C), and that Defendant/Judgment Debtor's Motion to Appoint Counsel, docket no. 14, and Request for Hearing, docket no. 13, should be DENIED.

IT IS ORDERED that the garnishment is terminated and that Wells Fargo Bank, N.A. is relieved of further responsibility pursuant to this garnishment, and also that Defendant/Judgment Debtor's Motion to Appoint

ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v Roland Jesse Daza-Cortez and Wells Fargo Bank, N.A.,*
*USDC#: 2-18-CV-0949-TSZ/2:15-CR-0269-1*) **- 1**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Counsel and Request for Hearing are DENIED. The Clerk is DIRECTED to CLOSE this case.

DATED this 29th day of June, 2018.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

**ORDER TERMINATING GARNISHMENT PROCEEDING**
(*USA v Roland Jesse Daza-Cortez and Wells Fargo Bank, N.A.,*
*USDC#: 2-18-CV-0949-TSZ/2:15-CR-0269-1*) - 2